# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION
### 2:14 po 05

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DAVID CHADWICK CRISP, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THE UNDERSIGNED**, after conducting an initial appearance hearing for the Defendant on September 22, 2014, and hearing arguments from Eric Winston Stiles, counsel for Defendant, and Richard Edwards, Assistant United States Attorney as attorney for the Government, enters the following scheduling Order in this matter.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Government or the Defendant shall have until **October 2, 2014** to file any pretrial motions, along with a supporting brief. The responding parties shall have up to **October 16, 2014** to respond to the motion, and the filing party shall have up to and including **October 23, 2014** to file a reply brief. The trial in this matter is hereby set for **December 2, 2014 at 9:30 a.m.** in Courtroom #2 of the United States Courthouse in Asheville, North Carolina.

Signed: September 23, 2014

Dennis L. Howell
United States Magistrate Judge

1