# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:14 po 005

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DAVID CHADWICK CRISP, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** came on before the undersigned pursuant to Government's Motion to Dismiss (#7) the charges contained in a Bill of Information (#1). It appearing to the Court that the dismissal of these charges is pursuant to the terms of a plea agreement entered into between the Government and the Defendant in file 2:14po04, that the plea agreement has been accepted by the Court and Judgment has been entered in file 2:14po04. It thus appears to the undersigned that good cause has been shown for the granting of this motion.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss (#7) is hereby **ALLOWED** and the charges against Defendant contained in the Bill of Information are dismissed.

Signed: October 22, 2014

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge